**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
SHANNON M. GALLO, Nevada State Bar No. 11967
4270 South Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com;
　　　　　　　　sgallo@theurbanlawfirm.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES TRUSTEES OF THE INTERNATIONAL MASORY INSTITUTE, Plaintiffs, vs. CONTRACT FLOORING & INTERIOR SERVICES, INC., a Nevada corporation; RODLYNN J. CASAS, individually, Defendants. | CASE NO.: 2:12-cv-00659-KJD-RJJ  **JUDGMENT AGAINST CONTRACT FLOORING, INC.** |

The above entitled case came on regularly for hearing on plaintiffs' motion for summary judgment against defendant Contract Flooring, Inc., and defendants' motion to dismiss defendant

1

1 Rodlynn Casas, before the Honorable Kent J. Dawson, United States District Judge, presiding. There
2 being no material issue of fact to be litigated at trial, and findings of fact and conclusions of law on file
3 in this action,

4 **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs
5 TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED
6 CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE
7 BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND,
8 TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13
9 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA;
10 TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION
11 FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL
12 HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,
13 shall recover from Defendant, Contract Flooring, Inc., the principal amount of $12,431.90, plus
14 attorney's fees of $11,555.00, together with Plaintiffs' costs of suit in the amount of $1,885.97,
15 for a total Judgment of **$25,872.87**. Post-judgment interest shall accrue on the total Judgment
16 amount.

Dated: October 25, 2012

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
**THE URBAN LAW FIRM**

By: */s/ Shannon M. Gallo*
Shannon M. Gallo, Nevada Bar No. 11967

*Counsel for Plaintiffs*

2